U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 6 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WANDA SHACKLETON & MARK SHACKLETON | CIVIL ACTION NO. 13-3135 |
| VERSUS | CHIEF JUDGE DEE D. DRELL |
| UNITED STATES | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to dismiss, doc. #35, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 2ND day of April, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT