RECEIVED
AUG 31 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| WANDA SHACKLETON | CIVIL ACTION NO. 1:13-CV-03135 |
|---|---|
| VERSUS | CHIEF JUDGE DRELL |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant's motion to dismiss (Doc. 53) is GRANTED and Plaintiffs' action is DENIED AND DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 30th day of AUGUST, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE